# United States Court of Appeals
## For the First Circuit

No. 16-1146

UNITED STATES OF AMERICA,

Appellee,

v.

BRIAN T. MULKERN,

Defendant, Appellant.

**ERRATA SHEET**

The opinion for this Court issued April 14, 2017 is amended as follows:

On page 14, line 20, change "did not pled guilty" to "did not plead guilty"

1